UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY INVESTMENTS, LLC,<br><br>          Plaintiff,<br><br>   v.<br><br>JIMMY SAGUN, et al.,<br><br>          Defendants. | Case No. 13-03017-JCS<br><br>**ORDER TO SHOW CAUSE RE REMOVAL** |

On June 28, 2013, Defendants Jimmy and Lisa Sagun ("Defendants") removed the underlying action from the Superior Court of California, County of Alameda to the United States District Court, Northern California.

IT IS HEREBY ORDERED that Defendants appear on July 19, 2013, at 9:30 a.m., in Courtroom G, 450 Golden Gate Ave., 15th Floor, San Franscisco, CA, and show cause why this case should not be remanded back to the Superior Court of California, County of Alameda for lack of federal jurisdiction. Any memorandum in support or opposition shall be filed by July 12, 2013.

IT IS SO ORDERED.

Dated: July 2, 2013

_____
Joseph C. Spero
United States Magistrate Judge