IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY INVESTMENTS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JIMMY SAGUN and LISA SAGUN,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 13-3017 SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO THE SUPERIOR COURT FOR THE COUNTY OF ALAMEDA** |

On June 28, 2013, *pro se* defendants Jimmy Sagun and Lisa Sagun removed this unlawful detainer action from state court, asserting federal question jurisdiction as the basis for removal. This case was originally assigned to Magistrate Judge Spero, and on July 2, 2013, Judge Spero issued an Order to Show Cause directing defendants to show why the case should not be remanded to state court. Defendants did not respond to Order to Show Cause. On July 19, 2013, Judge Spero issued a Report and Recommendation finding that removal was untimely, and that there is no jurisdiction because there are no federal claims alleged in the unlawful detainer complaint and there is no basis for diversity jurisdiction. No objections to the Report and Recommendation were filed by the August 2, 2013 deadline. This case was reassigned to the undersigned judge.

The Court has reviewed the Notice of Removal and Judge Spero's Report and Recommendation, and concludes that removal was improper and that this Court lacks jurisdiction for the reasons stated in the Report and Recommendation. Accordingly, the Court ADOPTS the Report and Recommendation

and REMANDS this case to the Superior Court for the County of Alameda.

**IT IS SO ORDERED.**

Dated: August 5, 2013

SUSAN ILLSTON
United States District Judge